# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J.L., a minor, by FERNANDO LEDUC and DORCA SALAMAN, his parents,** | : | |
| | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:15-1750** |
| v. | : | |
| | | **(JUDGE MANNION)** |
| **WYOMING VALLEY WEST SCHOOL DISTRICT and WVW TRANSPORT, INC., a/k/a AVP TRANSPORT, INC.,** | : : : | |
| **Defendants** | | |

## O R D E R

In light of the memorandum issued this same day, WVW's motion to dismiss, (Doc. 7), is **GRANTED** since the court lacks subject matter jurisdiction over plaintiffs' federal claims, Counts I & II. Plaintiffs' federal claims against WVW are **DISMISSED WITHOUT PREJUDICE**. The court declines to exercise supplemental jurisdiction over plaintiffs' state law negligence claim against WVW Transport, Count III. The clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1750-01-Order.wpd